[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 28, 2011
JOHN LEY
CLERK

No. 11-11454
Non-Argument Calendar
_____

Agency No. A079-450-283

SANDRA SHATTUCK,
a.k.a. Sandra Prieto Lopez de Alvites,
a.k.a. Billie Soccer,

Petitioner,

versus

U.S. ATTORNEY GENERAL,

Respondent.

_____

Petition for Review of a Decision of the
Board of Immigration Appeals
_____

(November 28, 2011)

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Sandra Shattuck, a native and citizen of Peru, petitions this Court for review of the decision of the Board of Immigration Appeals that affirmed her order of removal for having falsely represented that she was a United States citizen.  8 U.S.C. § 1227(a)(3)(D).  Shattuck conceded before the immigration judge that she is removable for remaining in the United States longer than permitted, id. § 1227(a)(1)(B), and she failed, before the Board, to challenge the finding of the immigration judge that she was removable for having been convicted of a crime involving moral turpitude within five years of her admission to this country, id. § 1227(a)(2)(A)(i).  The only form of relief that would permit Shattuck to remain in the United States is an adjustment of her status from an alien to a permanent resident.  The Board found that Shattuck was "statutorily ineligible to adjust status," id. §§ 1182(a)(6)(C)(ii), 1255(a), and Shattuck does not challenge that determination.  We deny Shattuck's petition.

**PETITION DENIED**.